by that marriage who lived in Grayson County. Following this the appellants presented a telegram from the District Clerk at Sherman stating that the records of that county did not show a divorce for the prosecuting witness. Appellants offered this telegram in evidence. The State objected to its introduction and the trial court properly refused to receive it in evidence. Appellants asked for a postponement of the case until they could bring the records from Grayson County to be used in evidence. This request was made orally and we find no written motion asking for a continuance of the case, or a postponement for that purpose. This procedure is not in compliance with Article 551, C.C.P., as construed by this Court in Bascom v. State, 114 Tex.Cr.R. 32, 24 S.W.2d 437. See also Walker v. State, 90 Tex.Cr.R. 56, 232 S.W. 509.

It is not necessary to discuss the other questions briefed and our conclusion that proper steps were not taken to secure the postponement precludes the necessity for further discussion of either bill.

Finding no reversible error shown by the record, the judgment of the trial court is affirmed.

No appearance for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for murder with malice and the punishment assessed at ten years confinement in the penitentiary.

The record, as brought forward, contains neither a statement of facts nor bills of exception. The indictment is sufficient to charge the offense and the proceedings appear regular in every respect.

The judgment of the trial court is affirmed.